B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Jajkowski, Robert M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7544** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 Black Twig Road**<br>**Rolling Meadows, IL**<br>ZIP Code **60008** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**  —  THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion    More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion    More than<br>$1 billion |

B1 (Official Form 1)(4/10) | Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Jajkowski, Robert M.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Jajkowski, Robert M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert M. Jajkowski**

Signature of Debtor  **Robert M. Jajkowski**

X _____

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**March 21, 2011**

Date

### Signature of Attorney*

X **/s/ Gregory K. Stern**

Signature of Attorney for Debtor(s)

**Gregory K. Stern 6183380**

Printed Name of Attorney for Debtor(s)

**Gregory K. Stern, P.C.**

Firm Name

**53 West Jackson Boulevard**
**Suite 1442**
**Chicago, IL 60604**

Address

**(312) 427-1558  Fax: (312) 427-1289**

Telephone Number

**March 21, 2011**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Jajkowski                            Case No. _____

                                     Debtor(s)          Chapter    7

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
# CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Robert M. Jajkowski
                        Robert M. Jajkowski

Date:     March 21, 2011

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Robert M. Jajkowski** _____ ,   Case No. _____
                                       Debtor
                                                                    Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,022,000.00 | | |
| B - Personal Property | Yes | 4 | 148,955.62 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,631,662.56 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 2,394,813.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 7,855.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 11,109.94 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| | Total Assets | | 1,170,955.62 | | |
| | Total Liabilities | | | 5,026,476.14 | |

          

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Robert M. Jajkowski**
                                                                          ,   Case No. _____
                                   Debtor

                                                                             Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Robert M. Jajkowski**                                    ,    Case No. _____
                                         Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home** | **Fee simple** | - | **436,500.00** | **1,916,886.66** |
| **1427 South Central Park Avenue, Chicago, Illinois - Two Flat** | **Fee simple** | - | **121,500.00** | **161,125.92** |
| **4442 West Congress Parkway, Chicago, Illinois - 3 Flat** | **Fee simple** | - | **138,000.00** | **160,002.97** |
| **7047 South May Street, Chicago, Illinois - Two Flat** | **Fee Simple** | - | **220,000.00** | **198,583.61** |
| **4510 West Jackson Boulevard, Chicago, Illinois - Three Flat** | **Fee Simple** | - | **106,000.00** | **159,250.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,022,000.00** | (Total of this page) |
| Total > | **1,022,000.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Robert M. Jajkowski** _____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | - | 367.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Checking Account ending 7109** | - | 30.00 |
| | | **Citibank Checking Account ending 0484** | - | 0.02 |
| | | **Charter One Business Checking Account ending 850-6 (Andem Holdings, LLC Business Account - Debtor Authorized Signer)** | - | 50.00 |
| | | **Fifth Third Bank Corporate Checking Account ending 7040 (Debtor authorized signer - subject to PACA Trust TRO)** | - | 0.00 |
| | | **Harris Bank Corporate Deposit Account ending 0646 (Debtor authorized signer - subject to PACA Trust TRO)** | - | 0.00 |
| | | **PNC Checking Account ending 6752** | - | 15.20 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **4 Chairs, Table, Bookcase, 2 Wineracks, Credenza, Sofa, TV, VCR, DVD Player, Lamp, Misc. DVDs, End Table, Table and 6 Chairs, Hutch, 2 Lamps, Sofa, 2 Chairs, End Table, TV, 6 Folding Chairs, 2 Folding Tables, Misc. Luggage, Workbench, Misc. Tools, Toolbox, Shopvac, Tablesaw, Rado, Fan, Bed, Lamp, Dresser, TV, Desk, Bed, Dresser, Desk, 2 Nightstands, Dresser, Computer, TV, Bed, Computer, Nightstand, Bed, Dresser, Chest of Drawers, Nightstand, Computer, Desk iPod, Clock Radio, Misc. Garden Suplies, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property** | - | 3,650.00 |

|  | Sub-Total > | 4,112.22 |
|---|---|---|
|  | (Total of this page) | |

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. Books, Misc. Decorations, Family Photos** | - | 150.00 |
| 6. Wearing apparel. | | **Necessary Wearing Apparel** | - | 750.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **John Hancock Term Life Insurance Policy ending 7108** | - | 0.00 |
| | | **Genworth Term Life Insurance Policy ending 3504** | - | 0.00 |
| | | **Genworth Term Life Insurance Policy ending 5078** | - | 0.00 |
| | | **Prudential Modified Whole Life Insurance Policy ending 3663 (Dependent Children Beneficiaries)** | - | 6,137.91 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Wells Fargo IRA Account ending 4119** | - | 42,504.88 |
| | | **Bacchus Fresh International 401K** | - | 61,300.61 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Bacchus Fresh International, Inc. - 80% shareholder (800 shares)** | - | 0.00 |
| | | **Andem Holdings, LLC - sole member** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        110,843.40
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                         ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Volkswagen Rabbit (Salvage Title)** | - | **3,000.00** |
| | | **2011 Hyundai Genesis** | - | **31,000.00** |
| 26.  Boats, motors, and accessories. | X | | | |
| | | | Sub-Total > (Total of this page) | **34,000.00** |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                                    ,    Case No. _____
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

Total >          **148,955.62**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Robert M. Jajkowski**                                    ,    Case No. _____
                                    **Debtor**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home** | **735 ILCS 5/12-901** | **15,000.00** | **436,500.00** |
| **Cash on Hand** | | | |
| **Cash** | **735 ILCS 5/12-1001(b)** | **367.00** | **367.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **PNC Checking Account ending 6752** | **735 ILCS 5/12-1001(g)(3)** | **100%** | **15.20** |
| **Household Goods and Furnishings** | | | |
| **4 Chairs, Table, Bookcase, 2 Wineracks, Credenza, Sofa, TV, VCR, DVD Player, Lamp, Misc. DVDs, End Table, Table and 6 Chairs, Hutch, 2 Lamps, Sofa, 2 Chairs, End Table, TV, 6 Folding Chairs, 2 Folding Tables, Misc. Luggage, Workbench, Misc. Tools, Toolbox, Shopvac, Tablesaw, Rado, Fan, Bed, Lamp, Dresser, TV, Desk, Bed, Dresser, Desk, 2 Nightstands, Dresser, Computer, TV, Bed, Computer, Nightstand, Bed, Dresser, Chest of Drawers, Nightstand, Computer, Desk iPod, Clock Radio, Misc. Garden Suplies, Bedding, Linens, Appliances, Cookware, Kitchenware & Misc. Personal Property** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,650.00** |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | **735 ILCS 5/12-1001(a)** | **750.00** | **750.00** |
| **Interests in Insurance Policies** | | | |
| **Prudential Modified Whole Life Insurance Policy ending 3663 (Dependent Children Beneficiaries)** | **735 ILCS 5/12-1001(f) 735 ILCS 5/12-1001(h)(3)** | **100% 100%** | **6,137.91** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Wells Fargo IRA Account ending 4119** | **735 ILCS 5/12-1006** | **100%** | **42,504.88** |
| **Bacchus Fresh International 401K** | **735 ILCS 5/12-1006** | **100%** | **61,300.61** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Volkswagen Rabbit (Salvage Title)** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **3,000.00** |

Total:        **132,357.17**        **554,225.60**

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

**B6D (Official Form 6D) (12/07)**

In re    **Robert M. Jajkowski**                         ,     Case No. _____

                                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7107**<br><br>**Central Mortgage Company**<br>**801 John Barrow, Suite 1**<br>**Little Rock, AR 72205** | | - | **2010**<br><br>**Mortgage**<br><br>**4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home** | | | | | |
| | | | Value $        **436,500.00** | | | | **242,734.94** | **0.00** |
| Account No. **xxxxxx3046**<br><br>**Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-0696** | | - | **2009**<br><br>**Mortgage**<br><br>**1427 South Central Park Avenue, Chicago, Illinois - Two Flat** | | | | | |
| | | | Value $        **121,500.00** | | | | **161,125.92** | **39,625.92** |
| Account No. **xxxxxx5694**<br><br>**Chase Home Finance**<br>**P.O. Box 24696**<br>**Columbus, OH 43224-0696** | | - | **2010**<br><br>**Mortgage**<br><br>**4442 West Congress Parkway, Chicago, Illinois - 3 Flat** | | | | | |
| | | | Value $        **138,000.00** | | | | **160,002.97** | **22,002.97** |
| Account No. **xxxxxx7345**<br><br>**Citibank**<br>**PO Box 769004**<br>**San Antonio, TX 78245-9004** | | - | **2010**<br><br>**Mortgage**<br><br>**4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home** | | | | | |
| | | | Value $        **436,500.00** | | | | **194,298.96** | **533.90** |
|    __1__    continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **758,162.79** | **62,162.79** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                                                                    ,   Case No. _____
                                                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 | | | | | |
| **Fifth Third Bank** **5050 Kingsley Drive** **Cincinnati, OH 45227** | | - | **Retail Installment Contract - Motor Vehicle** **2011 Hyundai Genesis** | | | | | |
| | | | Value $              **31,000.00** | | | | **35,813.40** | **4,813.40** |
| Account No. **xxxxxx4516** | | | 2009 | | | | | |
| **GMAC Mortgage Corporation** **PO Box 4622** **Waterloo, IA 50704-4622** | | - | **Mortgage** **7047 South May Street, Chicago, Illinois - Two Flat** | | | | | |
| | | | Value $             **220,000.00** | | | | **198,583.61** | **0.00** |
| Account No. **xxx-xxxxxxxx-x01-99** | | | 2010 | | | | | |
| **Harris N.A.** **111 West Monroe Street** **Chicago, IL 60690** | | - | **Mortgage** **4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home** | | | | | |
| | | | Value $             **436,500.00** | | | | **1,479,852.76** | **1,479,852.76** |
| Account No. | | | | | | | | |
| **Chapman & Cutler LLP** **111 West Monroe Street, Suite 1600** **Chicago, IL 60603** | | | **Representing:** **Harris N.A.** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxx-1021** | | | 2010 | | | | | |
| **Select Funding, LLC** **1622 Willow Road** **Northfield, IL 60093** | | - | **Mortgage** **4510 West Jackson Boulevard, Chicago, Illinois - Three Flat** | | | | | |
| | | | Value $             **106,000.00** | | | | **159,250.00** | **53,250.00** |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,873,499.77** | **1,537,916.16** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **2,631,662.56** | **1,600,078.95** |

B6E (Official Form 6E) (4/10)

.

In re    **Robert M. Jajkowski**                                                                              ,    Case No. _____
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Robert M. Jajkowski**                                            ,          Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-7544**  **Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338** | - | | **2010 and prior years**  **Taxes** | | | | 0.00 | 0.00 | 0.00 |
| Account No. **xxx-xx-7544**  **Internal Revenue Service Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101** | - | | **2010 and prior years**  **Taxes** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Robert M. Jajkowski**                                                  ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No.<br><br>**3 Brothers Produce**<br>**200 S. 10th Street #1608**<br>**McAllen, TX 78501** | - | | | | **2010**<br>**Corporate Debt** | X | X | X | 8,038.50 |
| Account No. **1301**<br><br>**A & G Carriers**<br>**593 Blackwood Clementon Road**<br>**Suite 150**<br>**Clementon, NJ 08021** | - | | | | **2011 and prior  years**<br>**Corporate Debt** | X | X | X | 4,560.00 |
| Account No.<br><br>**ADP**<br>**100 Northwest Point Blvd.**<br>**Elk Grove Village, IL 60007** | - | | | | **2011**<br>**Corporate Debt** | X | X | X | 224.00 |
| Account No. **xxxxx-xxxxx8647**<br><br>**ADT**<br>**600 Sylvan Ave, 4th Floor**<br>**Englewood Cliffs, NJ 07632** | - | | | | **2011**<br>**Corporate Debt** | X | X | X | 159.17 |

| | | Subtotal<br>(Total of this page) | 12,981.67 |
| --- | --- | --- | --- |

__25__   continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  __Robert M. Jajkowski__ _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3389** <br><br> **Agricola y Comercial Cabilfrut S.A.** <br>**Americo Vespucio Norte 2229** <br>**Santiago, Chile** <br>**CHILE** | - | | **2010** <br>**Corporate Debt** | X | X | X | **73,977.57** |
| Account No. <br><br> **Araya & Cia** <br>**Cruz del Sur 133, Oficina 902** <br>**Las Condes, Santiago, Chile** <br>**CHILE** | | | **Representing:** <br>**Agricola y Comercial Cabilfrut S.A.** | | | | **Notice Only** |
| Account No. **x9284** <br><br> **Agroexport LLC** <br>**9800 S. Keystone Dr.** <br>**Pharr, TX 78577** | - | | **2010** <br>**Corporate Debt** | X | X | X | **141,037.00** |
| Account No. <br><br> **Michael J. Keaton, Esq.** <br>**1278 W. Northwest Hwy, Suite 903** <br>**Palatine, IL 60067** | | | **Representing:** <br>**Agroexport LLC** | | | | **Notice Only** |
| Account No. **xx1226** <br><br> **Alpine Water** <br>**PO Box 94436** <br>**Las Vegas, NV 89193** | - | | **2011** <br>**Corporate Debt** | X | X | X | **23.88** |

| | | |
|---|---|---|
| Sheet no. __1__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) | **215,038.45** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9296** <br><br> **Amazon Produce Network, LLC** <br> **546 Franklinville Road** <br> **Mullica Hill, NJ 08062** | - | | 2010 <br> Corporate Debt | X | X | X | 5,736.00 |
| Account No. **xxxx-xxxx-xxxx-1006** <br><br> **American Express** <br> PO Box 981535 <br> El Paso, TX 79998-1535 | - | | 2011 and prior years <br> Periodic Purchases | | | | 398.90 |
| Account No. **xxxxx4100** <br><br> **AT&T** <br> PO Box 1829 <br> Alpharetta, GA 30023 | - | | 2011 <br> Corporate Debt | X | X | X | 1,073.70 |
| Account No. **x9466** <br><br> **AW Produce Co, Inc.** <br> **2300 Votech Dr.** <br> **Weslaco, TX 78598** | - | | 2010 <br> Corporate Debt | X | X | X | 8,080.00 |
| Account No. <br><br> **Craig A. Stokes** <br> **3330 Oakwell Court, Suite 225** <br> **San Antonio, TX 78218** | | | Representing: <br> AW Produce Co, Inc. | | | | **Notice Only** |

Sheet no. __**2**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               **15,288.60**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    , Case No. _____
                                                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Erin Kathryn Russell** <br>**505 N. Lake Shore Drive, Suite 2305** <br>**Chicago, IL 60611** | | | Representing: <br>AW Produce Co, Inc. | | | | **Notice Only** |
| Account No. **x4607** <br><br>**B D Tropical, Inc.** <br>**3002 Santa Lydia** <br>**Mission, TX 78572** | - | | 2010 <br>Corporate Debt | X | X | X | 10,662.00 |
| Account No. <br><br>**Bacchus Fresh International, Inc.** <br>**1920 S. Highland Ave., Suite 125** <br>**Lombard, IL 60148** | - | | 2008 <br>Shareholder Loans | | | | 178,500.00 |
| Account No. **xxxx-xxxx-xxxx-5528** <br><br>**Bank of America** <br>**PO Box 982238** <br>**El Paso, TX 79998** | - | | 2011 and prior years <br>Corporate Debt | X | X | X | 3,260.58 |
| Account No. **BACCHUS** <br><br>**Bifulcos Four Seasons Cold Storage** <br>**590 Almond Road** <br>**Pittsgrove, NJ 08318** | - | | 2011 and prior years <br>Corporate Debt | X | X | X | 12,889.78 |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

205,312.36

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                        ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x9814** <br><br> **Blue Book Services** <br> **845 E. Geneva Rd.** <br> **Geneva, IL 60138** | - | | | **2011** <br> **Corporate Debt** | X | X | X | **925.00** |
| Account No. <br><br> **BMW Bank of North America** <br> **Regional Service Center** <br> **PO Box 3608** <br> **Dublin, OH 43016** | - | | | **2010** <br> **Guaranty of Corporate Debt** | | | | **62,628.16** |
| Account No. **8055** <br><br> **Buckboard Produce, LLC** <br> **608 9th Street** <br> **Greeley, CO 80631** | - | | | **2011** <br> **Corporate Debt** | X | X | X | **7,526.28** |
| Account No. **x4603** <br><br> **C & A Truck Brokerage, Inc.** <br> **8000 E. Trenton Rd.** <br> **Edinburg, TX 78539** | - | | | **2011 and prior year** <br> **Corporate Debt** | X | X | X | **29,923.00** |
| Account No. <br><br> **Advance Business Capital LLC** <br> **PO Box 610028** <br> **Dallas, TX 75261** | | | | **Representing:** <br> **C & A Truck Brokerage, Inc.** | | | | **Notice Only** |

Sheet no. __4__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**101,002.44**

B6F (Official Form 6F) (12/07) - Cont.

In re __Robert M. Jajkowski__ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3501** | | | | 2010 Corporate Debt | | | | |
| C.I. Wolf & Wolf Latin America Ltda. Diagonal 127 A No. 20-31, Oficina 204 Bogota, D.C. Colombia COLOMBIA | | - | | | X | X | X | |
| | | | | | | | | 47,390.00 |
| Account No. **1618** | | | | 2011 and prior year Corporate Debt | | | | |
| Carapella Enterprises, Inc. 1515 Rosalie Avenue Bensalem, PA 19020 | | - | | | X | X | X | |
| | | | | | | | | 1,100.00 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| Carrier Equipment, Inc. 915 Middle River Drive #414 Fort Lauderdale, FL 33304 | | - | | | X | X | X | |
| | | | | | | | | 250.00 |
| Account No. **xxxx-xxxx-xxxx-1030** | | | | 2010 and prior years Periodic Purchases | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | - | | | | | | |
| | | | | | | | | 17,308.42 |
| Account No. **xxxx-xxxx-xxxx-7049** | | | | 2011 and prior years Corporate Debt | | | | |
| Chase P.O. Box 15298 Wilmington, DE 19850-5298 | X | - | | | X | X | X | |
| | | | | | | | | 26,179.53 |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

92,227.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-6756** <br><br> **CitiBusiness Card** <br> **PO Box 6235** <br> **Sioux Falls, SD 57117** | - | | **2011 and prior years** <br> **Periodic Purchases and Cash Advances** | | | | **3,895.11** |
| Account No. **xxxxx7109** <br><br> **Citigold Services** <br> **PO Box 769007** <br> **San Antonio, TX 78245** | - | | **2011** <br> **Overdrafts** | | | | **0.00** |
| Account No. **x4514** <br><br> **Cohn Produce Company, Inc.** <br> **1354 Harpers Lane** <br> **Huntingdon Valley, PA 19006** | - | | **2010** <br> **Corporate Debt** | X | X | X | **5,400.00** |
| Account No. **3117** <br><br> **Colimex, Inc.** <br> **PO Box 899** <br> **Weslaco, TX 78599** | - | | **2011** <br> **Corporate Debt** | X | X | X | **9,300.00** |
| Account No. **xxxxxxxxxxxx3768** <br><br> **Comcast** <br> **PO Box 3002** <br> **Southeastern, PA 19398-3002** | - | | **2011** <br> **Corporate Debt** | X | X | X | **95.90** |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,691.01**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0139**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | 2011<br>Services | | | | 353.82 |
| Account No. **xxxxxx6065**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | 2011<br>Services | | | | 13.53 |
| Account No. **xxxxxx7171**<br><br>ComEd Co<br>Attn:Bankruptcy Section/Revenue Manage<br>2100 Swift Drive<br>Oak Brook, IL 60523-1559 | - | | 2011<br>Services | | | | 131.70 |
| Account No. **x4658**<br><br>Computer View<br>2035 S. Arlington Heights Rd., Suite 121<br>Arlington Heights, IL 60005 | - | | 2010<br>Corporate Debt | X | X | X | 2,741.13 |
| Account No. **x9285**<br><br>Continental Fresh LLC<br>PO Box 1017<br>San Antonio, TX 78294 | - | | 2010<br>Corporate Debt | X | X | X | 18,038.30 |

Sheet no. __7___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          21,278.48

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Craig A. Stokes** <br> **3330 Oakwell Court, Suite 225** <br> **San Antonio, TX 78218** | | | | | **Representing:** <br> **Continental Fresh LLC** | | | | **Notice Only** |
| Account No. <br><br> **Erin Kathryn Russell** <br> **505 N. Lake Shore Drive, Suite 2305** <br> **Chicago, IL 60611** | | | | | **Representing:** <br> **Continental Fresh LLC** | | | | **Notice Only** |
| Account No. xxxx6265 <br><br> **Crystal Rock** <br> **PO Box 10028** <br> **Waterbury, CT 06725** | - | | | | **2011** <br> **Corporate Debt** | X | X | X | 89.69 |
| Account No. 125 <br><br> **Dan Development Ltd.** <br> **One Trans Am Plaza Dr., Suite 120** <br> **Oakbrook Terrace, IL 60181** | - | | | | **2008** <br> **Corporate Debt** | X | X | X | 136,418.00 |
| Account No. x4523 <br><br> **Dandrea Produce, Inc.** <br> **3665 N. Mill Road** <br> **Vineland, NJ 08360** | - | | | | **2011** <br> **Corporate Debt** | X | X | X | 6,150.00 |

Sheet no. __8__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

142,657.69

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8515** | | | 2010 Corporate Debt | | | | |
| **Delta Produce** 2001 S. Laredo St. San Antonio, TX 78207 | - | | | X | X | X | 3,050.65 |
| Account No. **xx0208** | | | 2010 Corporate Debt | | | | |
| **Duda Farm Fresh Foods, Inc.** PO Box 620257 Oviedo, FL 32762 | - | | | X | X | X | 6,426.00 |
| Account No. | | | | | | | |
| **Rynn & Janowswky, LLP** 4100 Newport Place Drive, Suite 700 Newport Beach, CA 92660 | | | Representing: Duda Farm Fresh Foods, Inc. | | | | Notice Only |
| Account No. | | | | | | | |
| **Teeple Leonard & Erdman** 175 W. Jackson Blvd., Suite 240 Chicago, IL 60604 | | | Representing: Duda Farm Fresh Foods, Inc. | | | | Notice Only |
| Account No. | | | 2010 Corporate Debt | | | | |
| **Empacadora Mavi, S.A. de C.V.** Seccion Escobedo Apdo. Postal #175 Montemorelos NUEVO LEON MEXICO | - | | | X | X | X | 69,728.60 |

Sheet no. __9__ of __25__ sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

|  |  |
|---|---|
| Subtotal (Total of this page) | 79,205.25 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Representing: | | | | |
| **La Esperanza Exportaciones SA de CV Calzada del valle #400 despacho 1214 San Pedro Garza Garcia Nuevo Leon, Mexivo CP. 66220 MEXICO** | | | | | **Empacadora Mavi, S.A. de C.V.** | | | | **Notice Only** |
| Account No. **x4543** | | | | | **2011 Corporate Debt** | | | | |
| **Empire Produce, USA, LLC 200 N. McColl Rd., Suite B McAllen, TX 78501** | - | | | | | X | X | X | **18,800.00** |
| Account No. | | | | | **Listed for Notice Purposes** | | | | |
| **David Esterline 1909 S. State Street, Unit 2 Chicago, IL 60616** | - | | | | | X | X | X | **Unknown** |
| Account No. | | | | | Representing: | | | | |
| **Mary E. Gardner, P.C. P.O. Box 330 Dundee, IL 60118** | | | | | **David Esterline** | | | | **Notice Only** |
| Account No. | | | | | **2011 Corporate Debt** | | | | |
| **Export Transport Company 136 Mohawk Street Newark, NJ 07114** | - | | | | | X | X | X | **4,550.70** |

Sheet no. __**10**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **23,350.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski** ,                          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-x975-4** | | | | 2011 Corporate Debt | | | | |
| **FedEx Corp. Revenue Services 3965 Airways Module G Memphis, TN 38116** | - | | | | X | X | X | 433.94 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Frutas Piuranas SAC Mx. A. Lote Urb San Eduardo Piura PAITA PERU** | - | | | | X | X | X | 96,237.41 |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Garcia Ballester, S.L. Partida Vintims S/N 12530 Burriana (Castellon) Spain SPAIN** | - | | | | X | X | X | 61,213.00 |
| Account No. | | | | | | | | |
| **Mapfre Carretera de Pozuelo 52-2822 Majadahonda Madrid Spain SPAIN** | | | | Representing: Garcia Ballester, S.L. | | | | Notice Only |
| Account No. | | | | | | | | |
| **SGA Collections 4700 NW Boca Raton Blvd, Suite 201 Boca Raton, FL 33431** | | | | Representing: Garcia Ballester, S.L. | | | | Notice Only |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    157,884.35

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                                    , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 3742**<br><br>**GE Money Bank**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 103104**<br>**Roswell, GA 30076** | | - | 2011<br>**Corporate Debt** | X | X | X | 466.96 |
| Account No. **xxxx-xxxx-xxxx-8894**<br><br>**Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** | X | - | 2010<br>**Corporate Debt** | X | X | X | 950.35 |
| Account No. **xxxx-xxxx-xxxx-8886**<br><br>**Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** | | - | **2011 and prior years**<br>**Corporate Debt** | X | X | X | 2,679.61 |
| Account No. **xl012**<br><br>**Hellmann Perishable Logistics**<br>**10450 Doral Blvd**<br>**Miami, FL 33178** | | - | 2011<br>**Corporate Debt** | X | X | X | 540.00 |
| Account No.<br><br>**Holt Logistics Corp./Gloucester Terminal**<br>**101 S. King St.**<br>**Gloucester City, NJ 08030** | | - | 2011<br>**Corporate Debt** | X | X | X | 4,663.80 |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,300.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Robert M. Jajkowski**                                        , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Loan | | | | |
| James M. Jajkowski 1026 Baldwin Lane Oak Park, IL 60302 | | | | | | | 112,000.00 |
| Account No. | | - | Loan | | | | |
| Michael and Nancy Jajkowski 7643 N. Oconto Ave. Niles, IL 60714 | | | | | | | 605,000.00 |
| Account No. **xx0203** | | - | 2011 and prior years Corporate Debt | X | X | X | |
| Jerue Truck Broker Inc. 3200 Flightline Dr., Suite 202 Lakeland, FL 33811 | | | | | | | 13,166.00 |
| Account No. **x2205** | | - | 2010 Corporate Debt | X | X | X | |
| JTP Management 800 Ellis Mill Road Glassboro, NJ 08028 | | | | | | | 3,170.00 |
| Account No. **xxx-xxx7-290** | | - | 2010 and prior years Periodic Purchases | | | | |
| Kohl's P.O. Box 3084 Milwaukee, WI 53201-3084 | | | | | | | 562.16 |

Sheet no. __**13**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

733,898.16

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert M. Jajkowski** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x4550** | | | | 2011 Corporate Debt | | | | |
| Krichmar Produce Co. 1370 S. Main Rd. PMB 135 Vineland, NJ 08360 | - | | | | X | X | X | |
| | | | | | | | | 160.00 |
| Account No. **164** | | | | 2011 Professional Services | | | | |
| Lucy T. Kurdziel DDS 7601 W. Irving Park Rd., Suite 102 Chicago, IL 60634 | - | | | | | | | |
| | | | | | | | | 2,552.20 |
| Account No. **xxxxxxxx0026** | | | | 2011 and prior years Corporate Debt | | | | |
| Lenk Transporation PO Box 726 Benton Harbor, MI 49023 | - | | | | X | X | X | |
| | | | | | | | | 11,447.00 |
| Account No. **x-xxxxx3119** | | | | 2010 Corporate Debt | | | | |
| Loop Cool Storage 4001 Ursula Avenue McAllen, TX 78503 | - | | | | X | X | X | |
| | | | | | | | | 7,885.00 |
| Account No. **BACASS** | | | | 2011 and prior year Corporate Debt | | | | |
| Lucca Freezer & Cold Storage, Inc. 2321 Industrial Way Vineland, NJ 08360 | - | | | | X | X | X | |
| | | | | | | | | 1,522.00 |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,566.20

B6F (Official Form 6F) (12/07) - Cont.

In re **Robert M. Jajkowski** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx8928**<br><br>**Lucca Trucking, LLC**<br>**2321 Industrial Way**<br>**Vineland, NJ 08360** | - | | | **2011**<br>**Corporate Debt** | X | X | X | 1,155.00 |
| Account No.<br><br>**M & M West Coast Produce, Inc.**<br>**18911 Portola Drive, Suite C**<br>**Salinas, CA 93908** | - | | | **2010**<br>**Corporate Debt** | X | X | X | 3,920.00 |
| Account No. **BACFRE**<br><br>**Martex Farms, SE**<br>**PO Box 3402**<br>**Carolina, PR 00984** | - | | | **2010**<br>**Corporate Debt** | X | X | X | 15,808.61 |
| Account No. **x9488**<br><br>**MBG Marketing, Inc.**<br>**6940 9th Street South**<br>**Saint Petersburg, FL 33705** | - | | | **2010**<br>**Corporate Debt** | X | X | X | 2,160.00 |
| Account No. **x7751**<br><br>**McAllen Tropicpak, Inc.**<br>**6513 South 27th Street**<br>**McAllen, TX 78503** | - | | | **2011**<br>**Corporate Debt** | X | X | X | 1,665.00 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,708.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4524**<br><br>**McDaniel Fruit Co.**<br>**PO Box 2588**<br>**Fallbrook, CA 92088** | - | | 2011<br>Corporate Debt | X | X | X | 3,264.00 |
| Account No. **xxxxxx2020**<br><br>**Mercedes Benz Credit**<br>**PO Box 685**<br>**Roanoke, TX 76262** | - | | 2010<br>Corporate Debt | X | X | X | 22,830.60 |
| Account No. **x7738**<br><br>**Meuers Law Firm, P.L.**<br>**5395 Park Central Court**<br>**Naples, FL 34109** | - | | 2011<br>Corporate Debt | X | X | X | 17,126.55 |
| Account No. **x0205**<br><br>**Mex Flores Produce Co., Inc.**<br>**2216 Silver St.**<br>**Houston, TX 77007** | - | | 2010<br>Corporate Debt | X | X | X | 7,545.00 |
| Account No.<br><br>**Mike's Loading Service, Inc.**<br>**1802 S. Expressway 281**<br>**Edinburg, TX 78539** | - | | 2011 and prior years<br>Corporate Debt | X | X | X | 31,357.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            82,123.15

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxx336-9** | | | 2010 Corporate Debt | | | | |
| **New Jersey Dept. Agriculture PO Box 330 Trenton, NJ 08625** | - | | | X | X | X | 162.88 |
| Account No. **x-x4538** | | | 2011 Corporate Debt | | | | |
| **New Mundoexport Fruits, Inc. PO Box 8906 Hidalgo, TX 78557** | - | | | X | X | X | 37,320.00 |
| Account No. **xxxx7261** | | | 2011 Professional Services | | | | |
| **Northwest Community Hospital 800 West Central Road Arlington Heights, IL 60005** | | | | | | | 279.50 |
| Account No. **xxxx-xxxx xx9377** | | | 2011 Professional Services | | | | |
| **Northwest Community Physicians Assoc. 520 E. 22nd St. Lombard, IL 60148** | - | | | | | | 51.77 |
| Account No. **xxxxx7267** | | | 2010 Professional Services | | | | |
| **Northwest Eye Physicians Ltd 1588 N. Arlington Heights Road Arlington Heights, IL 60004** | - | | | | | | 80.00 |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,894.15

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx-xxxx2843**<br><br>**Northwest Suburban Anesthesiologists**<br>**Attn: Registered Agent Marvin Kamensky**<br>**7250 N. Cicero Ave. #200**<br>**Lincolnwood, IL 60712** | - | | | **2011**<br>**Professional Services** | | | | **145.32** |
| Account No. **BACFRELOM**<br><br>**OHL-International**<br>**7101 Executive Center Drive, Suite 333**<br>**Brentwood, TN 37027** | - | | | **2011 and prior year**<br>**Corporate Debt** | X | X | X | **18,092.89** |
| Account No.<br><br>**Barthco International, Inc.**<br>**The Navy Yard**<br>**5101 S. Broad Street**<br>**Philadelphia, PA 19112** | | | | **Representing:**<br>**OHL-International** | | | | **Notice Only** |
| Account No.<br><br>**Palestroni Management, LLC**<br>**333 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | - | | | **2010**<br>**Corporate Debt** | X | X | X | **62,400.00** |
| Account No. **x-xxxx-xxxx-7878**<br><br>**Peoples Gas**<br>**C/O Bankruptcy Department**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60602** | - | | | **2011**<br>**Services** | | | | **782.97** |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**81,421.18**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **x xxxx xxxx 7900**<br><br>**Peoples Gas**<br>**C/O Bankruptcy Department**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60602** | - | | | | **2011**<br>**Services** | | | | 713.25 |
| Account No. **x xxxx xxxx 7882**<br><br>**Peoples Gas**<br>**C/O Bankruptcy Department**<br>**130 E. Randolph Drive**<br>**Chicago, IL 60602** | - | | | | **2011**<br>**Services** | | | | 818.04 |
| Account No. **x7-603**<br><br>**Philadephia Cargo**<br>**108 N. Keswick Ave.**<br>**Glenside, PA 19038** | - | | | | **2010**<br>**Corporate Debt** | X | X | X | 498.00 |
| Account No. **xxxxxx5-003**<br><br>**Pitney Bowes**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926** | - | | | | **2011**<br>**Corporate Debt** | X | X | X | 418.00 |
| Account No. **xxC001**<br><br>**Plantation Produce Co.**<br>**805 Trinity St.**<br>**Mission, TX 78572** | - | | | | **2011**<br>**Corporate Debt** | X | X | X | 2,310.00 |

Sheet no. __**19**__ of __**25**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,757.29

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                              ,   Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Produce Inspectors**<br>**8500 NW 17 Street, Suite 105**<br>**Doral, FL 33126** | - | | 2011 and prior year<br>Corporate Debt | X | X | X | 6,400.00 |
| Account No. **xxcc01** <br><br>**Produce Plus**<br>**8 Greenwood Ave.**<br>**Romeoville, IL 60446** | - | | 2011 and prior year<br>Corporate Debt | X | X | X | 7,315.40 |
| Account No. <br><br>**Queiroz Galvao Alimentos S.A.**<br>**Rua Padre Carapuceiro, 733 - 6 andar**<br>**Ed. Empresarial Center - Boa Viagem**<br>**Recife-PE-Brazil CEP 51 CEP:**<br>**20040-901**<br>**BRAZIL** | - | | 2009<br>Corporate Debt | X | X | X | 83,431.00 |
| Account No. <br><br>**Norris McLaughlin & Marcus, P.A**<br>**721 Route 202-206**<br>**Bridgewater, NJ 08807** | | | Representing:<br>Queiroz Galvao Alimentos S.A. | | | | Notice Only |
| Account No. <br><br>**RCF Produce, Inc.**<br>**6500 S. 23rd Suite 12**<br>**McAllen, TX 78503** | - | | 2010<br>Corporate Debt | X | X | X | 2,400.00 |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **99,546.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                          , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4654**<br><br>Rio Queen Citrus, Inc.<br>4012 E. Goodwin Rd.<br>Mission, TX 78574 | - | | 2011<br>Corporate Debt | X | X | X | 11,259.00 |
| Account No. **x9209**<br><br>Sam Patterson Truck Brokers, Inc.<br>PO Box 3838<br>Plant City, FL 33563 | - | | 2011<br>Corporate Debt | X | X | X | 2,040.00 |
| Account No. **Bacchus**<br><br>Sanchez Hass Avocados, Corp.<br>6800 S. Ware Road #104<br>McAllen, TX 78503 | - | | 2010<br>Corporate Debt | X | X | X | 7,560.00 |
| Account No. **xx1517**<br><br>Schepisi & McLaughlin P.A.<br>PO Box 1313<br>Englewood Cliffs, NJ 07632 | - | | 2011<br>Corporate Debt | X | X | X | 2,248.98 |
| Account No. **x9471**<br><br>Seald Sweet LLC<br>PO Box 823383<br>Philadelphia, PA 19182 | - | | 2011 and prior year<br>Corporate Debt | X | X | X | 16,069.00 |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        39,176.98

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                              ,   Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2010 Corporate Debt | | | | |
| **Sociedad Agricola Saturno S.A. Av Salaverry #3555 San Isidro LIMA PERU** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. **x9270** | | | | 2010 Corporate Debt | | | | |
| **Sun Tropical Foods, LLC 14607 Sand Pedro Suite 820 San Antonio, TX 78232** | - | | | | X | X | X | |
| | | | | | | | | 11,620.00 |
| Account No. | | | | Representing: Sun Tropical Foods, LLC | | | | |
| **Craig A. Stokes 3330 Oakwell Court, Suite 225 San Antonio, TX 78218** | | | | | | | | Notice Only |
| Account No. | | | | Representing: Sun Tropical Foods, LLC | | | | |
| **Erin Kathryn Russell 505 N. Lake Shore Drive, Suite 2305 Chicago, IL 60611** | | | | | | | | Notice Only |
| Account No. **xx2734** | | | | 2010 Corporate Debt | | | | |
| **Taga Distributing 923 E. Produce Rd. Hidalgo, TX 78557** | - | | | | X | X | X | |
| | | | | | | | | 198.00 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    11,818.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxC858** <br><br> **Time Dispatch Services, Inc.** <br> **PO Box 26855** <br> **Salt Lake City, UT 84126** | - | | **2011 and prior year** <br> **Corporate Debt** | X | X | X | 5,525.00 |
| Account No. **xxx1249** <br><br> **Tom Lange Co.** <br> **16W277 83rd Street, Suite A** <br> **Burr Ridge, IL 60527-7951** | - | | **2010** <br> **Corporate Debt** | X | X | X | 28,671.95 |
| Account No. <br><br> **Rynn & Janowswky, LLP** <br> **4100 Newport Place Drive, Suite 700** <br> **Newport Beach, CA 92660** | | | **Representing:** <br> **Tom Lange Co.** | | | | **Notice Only** |
| Account No. <br><br> **Teeple Leonard & Erdman** <br> **175 W. Jackson Blvd., Suite 240** <br> **Chicago, IL 60604** | | | **Representing:** <br> **Tom Lange Co.** | | | | **Notice Only** |
| Account No. **xx2323** <br><br> **Transit Service Inc.** <br> **PO Box 249** <br> **Paulsboro, NJ 08066** | - | | **2011** <br> **Corporate Debt** | X | X | X | 3,980.00 |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

38,176.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Robert M. Jajkowski**                                    , Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3418**<br><br>**Transportation Services, Inc.**<br>**915 Middle River Drive, #414**<br>**Fort Lauderdale, FL 33304** | - | | 2011<br>**Corporate Debt** | X | X | X | 375.00 |
| Account No. **BACCHUS**<br><br>**U. Bifulco & Sons Farms**<br>**590 Almond Rd**<br>**Pittsgrove, NJ 08318** | - | | 2011<br>**Corporate Debt** | X | X | X | 2,553.60 |
| Account No.<br><br>**U.S. Department of Agriculture**<br>**1400 Independence Ave., S.W.**<br>**Washington, DC 20250** | - | | **BACCHUS**<br>**Listed for Notice Purposes** | X | X | X | Unknown |
| Account No. **Bacchus**<br><br>**UGM Transport**<br>**590 Almond Road**<br>**Pittsgrove, NJ 08318** | - | | 2011 and prior years<br>**Corporate Debt** | X | X | X | 13,610.00 |
| Account No. **xx0580**<br><br>**United Brokers**<br>**9208 South Cage Blvd, Suite A**<br>**Pharr, TX 78577** | - | | 2010<br>**Corporate Debt** | X | X | X | 26,672.87 |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,211.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Robert M. Jajkowski**                                              ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xl007** <br><br> **Valper, S.A. de C.V.** <br> **Calle Circunvalacion #4 Block G B** <br> **Plan de La Laguna Antiguo, Cuscatlan** <br> **La Libertad, El Salvador** <br> **EL SALVADOR** | - | | | | 2010 <br> **Corporate Debt** | X | X | X | 72,415.00 |
| Account No. <br><br> **Erin Kathryn Russell** <br> **505 N. Lake Shore Drive, Suite 2305** <br> **Chicago, IL 60611** | | | | | Representing: <br> **Valper, S.A. de C.V.** | | | | **Notice Only** |
| Account No. <br><br> **Stokes Law Office LLP** <br> **9155 South Dadeland Blvd** <br> **Dadeland Centre, Suite 1208** <br> **Miami, FL 33156-2737** | | | | | Representing: <br> **Valper, S.A. de C.V.** | | | | **Notice Only** |
| Account No. **x9489** <br><br> **Western Fresh Marketing Services, Inc.** <br> **PO Box 329** <br> **Madera, CA 93639-0329** | - | | | | 2010 <br> **Corporate Debt** | X | X | X | 7,200.00 |
| Account No. **xxxxxxxxxx4183** <br><br> **XO Communications** <br> **8851 Sandy Pkwy** <br> **Sandy, UT 84070** | - | | | | 2011 <br> **Corporate Debt** | X | X | X | 680.37 |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 80,295.37 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 2,394,813.58 |

B6G (Official Form 6G) (12/07)

.

In re    **Robert M. Jajkowski**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bossco Realty, Inc.**<br>**910 W. Van Buren St., Suite 2-S**<br>**Chicago, IL 60607** | **Management Agreements for 1427 South Central Park and 4442 West Congress Parkway** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Robert M. Jajkowski**                                                      ,      Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Hernan Brave**<br>**48 Buff Road**<br>**Tenafly, NJ 07670** | **Chase**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** |
| **David Esterline**<br>**1909 S. State Street, Unit 2**<br>**Chicago, IL 60616** | **Harris N.A.**<br>**PO Box 0755**<br>**Chicago, IL 60690-0755** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  Robert M. Jajkowski                                    Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Divorced | RELATIONSHIP(S):<br>Daughter<br>Son | AGE(S):<br>17<br>19 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Unemployed | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 5,554.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance<br>(Specify): Unemployment | $ 2,301.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income<br>(Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 7,855.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 7,855.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 7,855.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
Debtor is receiving unemployment benefits

B6J (Official Form 6J) (12/07)

In re    Robert M. Jajkowski                                    Case No. _____
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,165.96 |
| a. Are real estate taxes included?    Yes  X    No ___ | | |
| b. Is property insurance included?    Yes  X    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 398.00 |
| b. Water and sewer | $ | 76.00 |
| c. Telephone | $ | 150.00 |
| d. Other  Cable Internet | $ | 112.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 761.00 |
| 8. Transportation (not including car payments) | $ | 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 143.75 |
| c. Health | $ | 1,714.75 |
| d. Auto | $ | 153.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 556.44 |
| b. Other  See Detailed Expense Attachment | $ | 3,139.04 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  Expenses for Investment Properties | $ | 400.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 11,109.94 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 7,855.00 |
| b. Average monthly expenses from Line 18 above | $ | 11,109.94 |
| c. Monthly net income (a. minus b.) | $ | -3,254.94 |

**B6J (Official Form 6J) (12/07)**

In re    Robert M. Jajkowski                                    Case No.
_____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | | |
|---|---|---:|
| Chase - Central Park Mortgage | $ | 1,308.22 |
| Chase - Congress Mortgage | $ | 1,430.82 |
| Homeowner's Association Monthly Assessments | $ | 200.00 |
| Management Fee | $ | 200.00 |
| **Total Other Installment Payments** | $ | 3,139.04 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Jajkowski                                                              Case No. _____
                                              Debtor(s)                    Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___43___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    March 21, 2011                    Signature    /s/ Robert M. Jajkowski
                                                        Robert M. Jajkowski
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Jajkowski                             Case No.

                                      Debtor(s)         Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

      This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

      Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

      *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

      *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $202,449.00 | 2009: Wages - $129,249.00; Business Income - $73,200.00 |
| UNKNOWN | 2010: Wages - $192,275.00; Gross Rental Income - $47,186.00; Business Income - Investigation Continuing |
| $44,047.00 | 2011: Wages - $30,900.00; Gross Rental Income - $13,147.00 |

### 2. Income other than from employment or operation of business

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,049.00 | 2009: Interest - $7,049.00 |
| UNKNOWN | 2010: Investigation Continuing |
| $531.00 | 2011: Unemployment Compensation |

### 3. Payments to creditors

None


*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None


b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None


c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.   Suits and administrative proceedings, executions, garnishments and attachments

None


a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Robert M. Jajkowski v. Laura A. Jajkowski, Case No. 2007 D 330146 | Dissolution of Marriage | Circuit Court of Cook County, Rolling Meadows, Illinois | Order of Marital Dissolution entered |
| Agroexport, LLC v. Bacchus Fresh International, Inc., et. al., Case No. 11-CV-1654 | Agricultural and Commodities Act | United States District Court, Northern District of Illinois | Pending - TRO Entered |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None
 b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
 List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
 a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Personal Property and Fixtures from 7047 South May Street, Chicago, Illinois - $14,948.50 | Loss covered by State Farm Insurance and paid jointly to Andem Holdings and GMAC Mortgage | 11/2010 |

4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | 2/10/11, 2/19/11, 3/21/2011 - remitted by<br>Michel Jajkowski | $15,000.00 |

**10. Other transfers**

None


a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|

None


b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None


List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Bacchus Fresh International, Inc.<br>1920 S. Highland Ave., Suite 125<br>Lombard, IL 60148 | 2011 BMW 335 (Debtor Guarantor) | Debtor's Residence |
| Bacchus Fresh International, Inc.<br>1920 S. Highland Ave., Suite 125<br>Lombard, IL 60148 | 2010 Mercedes-Benz E350W4 (Leased by<br>Bacchus Fresh International, Inc. for employee<br>Hernan Brave) | Debtor's Residence |

**15.  Prior address of debtor**

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2 Bedford Lane, Rolling Meadows, Illinois | Debtor's | 6/2008 - 4/2009 |

**16.  Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

    *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

    *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Bacchus Fresh International, Inc. | 36-4458129 | 1920 S. Highland Ave., Suite 125 Lombard, IL 60148 | Produce Broker | 7/16/2001 - 2/2011 |
| Andem Holdings, LLC | 26-4639071 | 1925 S. Highland Ave., Suite 125 Lombard, IL 60148 | Real Estate Holding | 4/9/2009 - present |

None ☒

    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                            ADDRESS

---

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Loberg, Miki & Associates, LLP 202A Campbell Street Geneva, IL 60134 | 2010 and prior years |

None ☒

    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED
Harris N.A.                                             1/2010
111 West Monroe Street
Chicago, IL 60690

---

### 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

None ☒ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                              NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                               RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS            TITLE            NATURE AND PERCENTAGE
                                            OF STOCK OWNERSHIP

---

### 22 . Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE            DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☒ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                            AMOUNT OF MONEY
OF RECIPIENT,              DATE AND PURPOSE               OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL                   VALUE OF PROPERTY

8

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

9

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   March 22, 2011 _____          Signature    /s/ Robert M. Jajkowski _____
                                                             Robert M. Jajkowski
                                                             Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Jajkowski                    Case No.                 
                                            Debtor(s)              Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>Central Mortgage Company | **Describe Property Securing Debt:**<br>4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home |
|---|---|

Property will be (check one):
   ■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                ☐ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>1427 South Central Park Avenue, Chicago, Illinois - Two Flat |
|---|---|

Property will be (check one):
   ☐ Surrendered                ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                ■ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>4442 West Congress Parkway, Chicago, Illinois - 3 Flat |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Citibank | **Describe Property Securing Debt:**<br>4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home |

Property will be (check one):
    ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2011 Hyundai Genesis |

Property will be (check one):
    ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt        ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>GMAC Mortgage Corporation | **Describe Property Securing Debt:**<br>7047 South May Street, Chicago, Illinois - Two Flat |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
□ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>Harris N.A. | **Describe Property Securing Debt:**<br>4 Black Twig Road, Rolling Meadows, Illinois - Single Family Home |

Property will be (check one):
■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
□ Redeem the property
□ Reaffirm the debt
□ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                    Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>Select Funding, LLC | **Describe Property Securing Debt:**<br>4510 West Jackson Boulevard, Chicago, Illinois - Three Flat |

Property will be (check one):

■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   March 21, 2011                    Signature   /s/ Robert M. Jajkowski
                                                     Robert M. Jajkowski
                                                     Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Robert M. Jajkowski                  Case No.

                                    Debtor(s)        Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept a minimum fee of | $    10,000.00* |
| Prior to the filing of this statement I have received | $    15,000.00 |
| Balance Due | $    unknown |

*Plus additional amounts due per hourly fee schedule

2.   The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify):    Michael Jajkowski

3.   The source of compensation to be paid to me is:

    ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       All Services Required by Chapter 7 Debtor

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service: None.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March 21, 2011                  /s/ Gregory K. Stern
                                              Gregory K. Stern 6183380
                                              Gregory K. Stern, P.C.
                                              53 West Jackson Boulevard
                                              Suite 1442
                                              Chicago, IL 60604
                                              (312) 427-1558   Fax: (312) 427-1289

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Robert M. Jajkowski_____          Case No. _____

                                    Debtor(s)               Chapter      7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Robert M. Jajkowski_____          X  /s/ Robert M. Jajkowski_____          March 21, 2011
Printed Name(s) of Debtor(s)                    Signature of Debtor                     Date

Case No. (if known) _____          X  _____
                                                Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Robert M. Jajkowski                                    Case No.
                                    Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:    127

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 21, 2011                /s/ Robert M. Jajkowski
                                    Robert M. Jajkowski
                                    Signature of Debtor

3 Brothers Produce
200 S. 10th Street #1608
McAllen, TX 78501


A & G Carriers
593 Blackwood Clementon Road
Suite 150
Clementon, NJ 08021


ADP
100 Northwest Point Blvd.
Elk Grove Village, IL 60007


ADT
600 Sylvan Ave, 4th Floor
Englewood Cliffs, NJ 07632


Advance Business Capital LLC
PO Box 610028
Dallas, TX 75261


Agricola y Comercial Cabilfrut S.A.
Americo Vespucio Norte 2229
Santiago, Chile
CHILE


Agroexport LLC
9800 S. Keystone Dr.
Pharr, TX 78577


Alpine Water
PO Box 94436
Las Vegas, NV 89193


Amazon Produce Network, LLC
546 Franklinville Road
Mullica Hill, NJ 08062


American Express
PO Box 981535
El Paso, TX 79998-1535

Araya & Cia
Cruz del Sur 133, Oficina 902
Las Condes, Santiago, Chile
CHILE


AT&T
PO Box 1829
Alpharetta, GA 30023


AW Produce Co, Inc.
2300 Votech Dr.
Weslaco, TX 78598


B D Tropical, Inc.
3002 Santa Lydia
Mission, TX 78572


Bacchus 401K


Bacchus Fresh International, Inc.
1920 S. Highland Ave., Suite 125
Lombard, IL 60148


Bank of America
PO Box 982238
El Paso, TX 79998


Barthco International, Inc.
The Navy Yard
5101 S. Broad Street
Philadelphia, PA 19112


Bifulcos Four Seasons Cold Storage
590 Almond Road
Pittsgrove, NJ 08318


Blue Book Services
845 E. Geneva Rd.
Geneva, IL 60138


BMW Bank of North America
Regional Service Center
PO Box 3608
Dublin, OH 43016

Buckboard Produce, LLC
608 9th Street
Greeley, CO 80631


C & A Truck Brokerage, Inc.
8000 E. Trenton Rd.
Edinburg, TX 78539


C.I. Wolf & Wolf Latin America Ltda.
Diagonal 127 A No. 20-31, Oficina 204
Bogota, D.C. Colombia
COLOMBIA


Carapella Enterprises, Inc.
1515 Rosalie Avenue
Bensalem, PA 19020


Carrier Equipment, Inc.
915 Middle River Drive #414
Fort Lauderdale, FL 33304


Central Mortgage Company
801 John Barrow, Suite 1
Little Rock, AR 72205


Chapman & Cutler LLP
111 West Monroe Street, Suite 1600
Chicago, IL 60603


Chase
P.O. Box 15298
Wilmington, DE 19850-5298


Chase Home Finance
P.O. Box 24696
Columbus, OH 43224-0696


Citibank
PO Box 769004
San Antonio, TX 78245-9004


CitiBusiness Card
PO Box 6235
Sioux Falls, SD 57117

Citigold Services
PO Box 769007
San Antonio, TX 78245


Cohn Produce Company, Inc.
1354 Harpers Lane
Huntingdon Valley, PA 19006


Colimex, Inc.
PO Box 899
Weslaco, TX 78599


Comcast
PO Box 3002
Southeastern, PA 19398-3002


ComEd Co
Attn:Bankruptcy Section/Revenue Manage
2100 Swift Drive
Oak Brook, IL 60523-1559


Computer View
2035 S. Arlington Heights Rd., Suite 121
Arlington Heights, IL 60005


Continental Fresh LLC
PO Box 1017
San Antonio, TX 78294


Craig A. Stokes
3330 Oakwell Court, Suite 225
San Antonio, TX 78218


Crystal Rock
PO Box 10028
Waterbury, CT 06725


Dan Development Ltd.
One Trans Am Plaza Dr., Suite 120
Oakbrook Terrace, IL 60181


Dandrea Produce, Inc.
3665 N. Mill Road
Vineland, NJ 08360

Delta Produce
2001 S. Laredo St.
San Antonio, TX 78207


Duda Farm Fresh Foods, Inc.
PO Box 620257
Oviedo, FL 32762


Empacadora Mavi, S.A. de C.V.
Seccion Escobedo Apdo. Postal #175
Montemorelos NUEVO LEON
MEXICO


Empire Produce, USA, LLC
200 N. McColl Rd., Suite B
McAllen, TX 78501


Erin Kathryn Russell
505 N. Lake Shore Drive, Suite 2305
Chicago, IL 60611


David Esterline
1909 S. State Street, Unit 2
Chicago, IL 60616


Export Transport Company
136 Mohawk Street
Newark, NJ 07114


FedEx Corp. Revenue Services
3965 Airways
Module G
Memphis, TN 38116


Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45227


Frutas Piuranas SAC
Mx. A. Lote Urb San Eduardo
Piura PAITA
PERU

Garcia Ballester, S.L.
Partida Vintims S/N
12530 Burriana (Castellon)
Spain
SPAIN


Mary E. Gardner, P.C.
P.O. Box 330
Dundee, IL 60118


GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076


GMAC Mortgage Corporation
PO Box 4622
Waterloo, IA 50704-4622


Harris N.A.
111 West Monroe Street
Chicago, IL 60690


Harris N.A.
PO Box 0755
Chicago, IL 60690-0755


Hellmann Perishable Logistics
10450 Doral Blvd
Miami, FL 33178


Holt Logistics Corp./Gloucester Terminal
101 S. King St.
Gloucester City, NJ 08030


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

James M. Jajkowski
1026 Baldwin Lane
Oak Park, IL 60302


Michael and Nancy Jajkowski
7643 N. Oconto Ave.
Niles, IL 60714


Jerue Truck Broker Inc.
3200 Flightline Dr., Suite 202
Lakeland, FL 33811


JTP Management
800 Ellis Mill Road
Glassboro, NJ 08028


Kohl's
P.O. Box 3084
Milwaukee, WI 53201-3084


Krichmar Produce Co.
1370 S. Main Rd. PMB 135
Vineland, NJ 08360


Lucy T. Kurdziel DDS
7601 W. Irving Park Rd., Suite 102
Chicago, IL 60634


La Esperanza Exportaciones SA de CV
Calzada del valle #400 despacho 1214
San Pedro Garza Garcia
Nuevo Leon, Mexivo CP. 66220
MEXICO


Lenk Transporation
PO Box 726
Benton Harbor, MI 49023


Loop Cool Storage
4001 Ursula Avenue
McAllen, TX 78503


Lucca Freezer & Cold Storage, Inc.
2321 Industrial Way
Vineland, NJ 08360

Lucca Trucking, LLC
2321 Industrial Way
Vineland, NJ 08360


M & M West Coast Produce, Inc.
18911 Portola Drive, Suite C
Salinas, CA 93908


Mapfre
Carretera de Pozuelo
52-2822 Majadahonda Madrid
Spain
SPAIN


Martex Farms, SE
PO Box 3402
Carolina, PR 00984


MBG Marketing, Inc.
6940 9th Street South
Saint Petersburg, FL 33705


McAllen Tropicpak, Inc.
6513 South 27th Street
McAllen, TX 78503


McDaniel Fruit Co.
PO Box 2588
Fallbrook, CA 92088


Mercedes Benz Credit
PO Box 685
Roanoke, TX 76262


Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109


Mex Flores Produce Co., Inc.
2216 Silver St.
Houston, TX 77007


Michael J. Keaton, Esq.
1278 W. Northwest Hwy, Suite 903
Palatine, IL 60067

Mike's Loading Service, Inc.
1802 S. Expressway 281
Edinburg, TX 78539


New Jersey Dept. Agriculture
PO Box 330
Trenton, NJ 08625


New Mundoexport Fruits, Inc.
PO Box 8906
Hidalgo, TX 78557


Norris McLaughlin & Marcus, P.A
721 Route 202-206
Bridgewater, NJ 08807


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005


Northwest Community Physicians Assoc.
520 E. 22nd St.
Lombard, IL 60148


Northwest Eye Physicians Ltd
1588 N. Arlington Heights Road
Arlington Heights, IL 60004


Northwest Suburban Anesthesiologists
Attn: Registered Agent Marvin Kamensky
7250 N. Cicero Ave. #200
Lincolnwood, IL 60712


OHL-International
7101 Executive Center Drive, Suite 333
Brentwood, TN 37027


Palestroni Management, LLC
333 Sylvan Avenue
Englewood Cliffs, NJ 07632


Peoples Gas
C/O Bankruptcy Department
130 E. Randolph Drive
Chicago, IL 60602

Philadephia Cargo
108 N. Keswick Ave.
Glenside, PA 19038


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926


Plantation Produce Co.
805 Trinity St.
Mission, TX 78572


Produce Inspectors
8500 NW 17 Street, Suite 105
Doral, FL 33126


Produce Plus
8 Greenwood Ave.
Romeoville, IL 60446


Queiroz Galvao Alimentos S.A.
Rua Padre Carapuceiro, 733 - 6 andar
Ed. Empresarial Center - Boa Viagem
Recife-PE-Brazil CEP 51 CEP: 20040-901
BRAZIL


RCF Produce, Inc.
6500 S. 23rd Suite 12
McAllen, TX 78503


Rio Queen Citrus, Inc.
4012 E. Goodwin Rd.
Mission, TX 78574


Rynn & Janowswky, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660


Sam Patterson Truck Brokers, Inc.
PO Box 3838
Plant City, FL 33563


Sanchez Hass Avocados, Corp.
6800 S. Ware Road #104
McAllen, TX 78503

Schepisi & McLaughlin P.A.
PO Box 1313
Englewood Cliffs, NJ 07632


Seald Sweet LLC
PO Box 823383
Philadelphia, PA 19182


Select Funding, LLC
1622 Willow Road
Northfield, IL 60093


SGA Collections
4700 NW Boca Raton Blvd, Suite 201
Boca Raton, FL 33431


Sociedad Agricola Saturno S.A.
Av Salaverry #3555
San Isidro LIMA
PERU


Stokes Law Office LLP
9155 South Dadeland Blvd
Dadeland Centre, Suite 1208
Miami, FL 33156-2737


Sun Tropical Foods, LLC
14607 Sand Pedro Suite 820
San Antonio, TX 78232


Taga Distributing
923 E. Produce Rd.
Hidalgo, TX 78557


Teeple Leonard & Erdman
175 W. Jackson Blvd., Suite 240
Chicago, IL 60604


Time Dispatch Services, Inc.
PO Box 26855
Salt Lake City, UT 84126


Tom Lange Co.
16W277 83rd Street, Suite A
Burr Ridge, IL 60527-7951

Transit Service Inc.
PO Box 249
Paulsboro, NJ 08066


Transportation Services, Inc.
915 Middle River Drive, #414
Fort Lauderdale, FL 33304


U. Bifulco & Sons Farms
590 Almond Rd
Pittsgrove, NJ 08318


U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250


UGM Transport
590 Almond Road
Pittsgrove, NJ 08318


United Brokers
9208 South Cage Blvd, Suite A
Pharr, TX 78577


Valper, S.A. de C.V.
Calle Circunvalacion #4 Block G B
Plan de La Laguna Antiguo, Cuscatlan
La Libertad, El Salvador
EL SALVADOR


Western Fresh Marketing Services, Inc.
PO Box 329
Madera, CA 93639-0329


XO Communications
8851 Sandy Pkwy
Sandy, UT 84070